**SUSAN K. HATMAKER 172543**
**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendant:
MARIA DEL CARMEN PARRA PEREZ
dba LESLY'S GIFTS AND MORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JOSE ACOSTA, | NO. 1:19-cv-01224-AWI-EGP |
| Plaintiff, | **DEFENDANT, MARIA DEL CARMEN PARRA PEREZ dba LESLY'S GIFTS AND MORE'S, REQUEST FOR WITHDRAW OF MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT AND [PROPOSED] ORDER THEREON** |
| vs. | |
| MARIA DEL CARMEN PARRA PEREZ dba LESLY'S GIFTS AND MORE; THU HUYNH; NGOC TRAN, | |
| Defendants. | Date: November 25, 2019<br>Time: 1:30 p.m.<br>Courtroom: 2, 8th Floor<br><br>Judge: Honorable Anthony W. Ishii |

Defendant, MARIA DEL CARMENT PARRA PEREZ dba LESLY'S GIFTS AND MORE ("LESLY'S"), file a Motion to Dismiss Plaintiff's Original Complaint on October 22, 2019 for a hearing set for November 25, 2019 at 1:30 p.m. (Document 7.) At the time of filing the Motion to Dismiss (Document 7), LESLY'S was unaware of the filing of the First Amended Complaint, as it had not yet been received by LESLY's. Upon receipt of Plaintiff, JOSE ACOSTA's First Amended Complaint, LESLY's filed a Motion to Dismiss the First Amended Complaint (Document 10) on November 6, 2019, for a hearing set for December 9, 2019.

---
1
DEFENDANT LESLY'S REQUEST FOR WITHDRAW AND [PROPOSED] ORDER

In an effort to prevent the parties from having to oppose and respond to two identical Motions to Dismiss, the parties counsel, Rachelle Taylor Golden and Tanya Moore telephonically met and conferred on November 6, 2019, and agreed that LESLY's would file this Request to withdraw the Motion to Dismiss Plaintiff's Original Complaint (Document 7), and request that the Court vacate the hearing date and the briefing schedule for the November 25, 2019, hearing.

IT IS HEREBY REQUESTED that the Court withdraw Document 7 – Motion to Dismiss Plaintiff's Complaint, with a hearing set for November 25, 2019.

IT IS FURTHER REQUESTED that the Court vacate the briefing scheduling affiliated with Document 7.

IT IS FURTHER REQUESTED that the Court only enforce the briefing schedule and hearing for the Motion to Dismiss Plaintiff's First Amended Complaint, set for December 9, 2019.

DATED: November 7, 2019  HATMAKER LAW GROUP
A Professional Corporation

By: /s/Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendant,
MARIA DEL CARMEN PARRA PEREZ
dba LESLY'S GIFTS AND MORE

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

1. The hearing on Defendant's, MARIA DEL CARMENT PARRA PERES dba LESLY'S GIFTS AND MORE, Motion to Dismiss Plaintiff's Complaint filed October 22, 2019 (Document 7) is vacated.

2. Document 7 is withdrawn in its entirety, thereby vacating the briefing schedule for both Plaintiff, JOSE ACOSTA, and Defendant, MARIA DEL CARMENT PARRA PERES dba LESLY'S GIFTS AND MORE.

3. The hearing and briefing schedule on Defendant's, MARIA DEL CARMENT PARRA

1 PERES dba LESLY'S GIFTS AND MORE, Motion to Dismiss Plaintiff's First Amended Complaint (Document 10), which is set for hearing on December 9, 2019, will remain on calendar per the Notice of Motion and Motion, or until further order of the Court.

IT IS SO ORDERED.

Dated: November 8, 2019

_____
SENIOR DISTRICT JUDGE

# PROOF OF SERVICE

My business address is 7522 N. Colonial Avenue, Suite 105, Fresno, California 93711. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document described as

**DEFENDANT, MARIA DEL CARMEN PARRA PEREZ dba LESLY'S GIFTS AND MORE'S, REQUEST FOR WITHDRAW OF MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT AND [PROPOSED] ORDER THEREON**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Tanya E. Moore **Attorney for Plaintiff, Jose Acosta**
MOORE LAW FIRM
332 North Second Street
San Jose, California 95112
Ph: (408) 298-2000
Fax: (408) 298-6046
Email: service@moorelawfirm.com

___ (BY FIRST CLASS MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

**X** (BY ELECTRONIC TRANSMISSION – by CM/ECF System) Notice of this filing will be sent by e-mail to all parties and the above-specified persons by operation of the Court's electronic filing CM/ECF system, which will send electronic notification of such filing to all counsel/parties.

___ (BY ELECTRONIC TRANSMISSION) I caused the above-referenced document to be sent to the person(s) at the e-mail address(es) of the addressee(s) on the date stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electric notification address of the person making the service is tiffany@hatmakerlaw.com.

///
///
///
///
///

**EXECUTED ON November 8, 2019, at Fresno, California.**

☒ (FEDERAL) I declare that I am employed in the office of a member of the State of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                */s/ Rachelle Taylor Golden*
                                                RACHELLE TAYLOR GOLDEN