Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA.                                    ) No.  1:19-cv-01224-AWI-EPG
                                                )
                Plaintiff,                      ) **STIPULATION AND ORDER GRANTING**
                                                ) **PLAINTIFF LEAVE TO FILE SECOND**
        vs.                                     ) **AMENDED COMPLAINT**
                                                )
MARIA DEL CARMEN PARRA PEREZ dba                )
LESLY'S GIFTS AND MORE, et al.,                 )
                                                )
                Defendants.                     )
                                                )
_____ )

        **IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and

Defendant, Maria Del Carmen Parra Perez dba Lesly's Gifts and More ("Defendant," and

together with Plaintiff, the "Parties"), the parties who have appeared in this action[1], through their

respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of

which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline

fixed by the Court's Scheduling Order dated July 7, 2020 (Dkt. 35) pursuant to Fed. R. Civ. P.

16(b)(4), and is not prejudicial to Defendant, the product of undue delay, proposed in bad faith,

or futile.

_____

[1] A clerk's default was entered against defendants Thu Huynh and Ngoc Tran on June 22, 2020 (Dkt. 33).

1    **IT IS FURTHER STIPULATED** that Plaintiff will file his Second Amended

2  Complaint within five (5) calendar days of the Court's Order permitting such filing, and that

3  Defendant's response thereto shall be filed within fourteen (14) days after the Second Amended

4  Complaint is filed.

5  **IT IS SO STIPULATED**.

6

7  Dated: July 16, 2020                    MOORE LAW FIRM, P.C.

8                                          */s/ Tanya E. Moore*
                                           Tanya E. Moore
9                                          Attorney for Plaintiff,
                                           Jose Acosta
10

11 Dated: July 16, 2020                    HATMAKER LAW GROUP

12                                         */s/ Rachelle Taylor Golden*
                                           Rachelle Taylor Golden
13                                         Attorneys for Defendant,
                                           Maria del Carmen Parra Perez
14                                         dba Lesly's Gifts and More

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

3        Pursuant to the stipulation of the parties (ECF No. 36) and good cause appearing,

4        **IT IS ORDERED** that Plaintiff shall file his Second Amended Complaint, a copy of

5   which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order

6   is filed.

7        **IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within

8   fourteen (14) days after the Second Amended Complaint is filed.

9   IT IS SO ORDERED.

10

11      Dated:   **July 17, 2020**                    /s/ _Erica P. Grosjean_

12                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28