UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>               Plaintiff,<br><br>     v.<br><br>MARIA DEL CARMEN PARRA PEREZ,<br>*doing business as Lesly's Gifts and More,* et al.,<br><br>               Defendants. | Case No.  1:19-cv-01224-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT MARIA DEL CARMENT PARRA PEREZ, *DOING BUSINESS AS LESLY'S GIFTS AND MORE*, WITH PREJUDICE<br><br>(ECF No. 41) |

Plaintiff Maria del Carmen Parra Perez, *doing business as* Lesly's Gifts and More, and Defendant, Jose Acosta, have filed a stipulation to dismiss with prejudice all claims against Maria del Carmen Parra Perez, *doing business as Lesly's Gifts and More*.[1] (ECF No. 41.) Pursuant to the stipulation, the case against Maria del Carmen Parra Perez, *doing business as Lesly's Gifts and More* has ended and the case is dismissed with prejudice only as to Maria del Carmen Parra Perez, *doing business as Lesly's Gifts and More*. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:   __August 21, 2020__         /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The other defendants in the action have not filed an answer to the second amended complaint and default has been entered against them. (ECF No. 40.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28