# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ACOSTA,** | **CASE NO. 1:19-cv-01224-AWI-EPG** |
| **Plaintiff,** | |
| v. | **ORDER VACATING DATES FOR PRETRIAL CONFERENCE AND TRIAL** |
| **MARIA DEL CARMEN PARRA PEREZ, et al.,** | |
| **Defendants.** | |

Plaintiff Jose Acosta proceeds with an action under the American with Disabilities Act, 42 U.S.C. § 12101 et seq., and related state law against Defendants Thu Huynh, Ngoc Tran, and THNBT LLC. Doc. No. 50. A pretrial conference is set for August 25, 2021, and a jury trial is set for November 2, 2021. Doc. No. 35. At this time, however, all three Defendants are in default (Doc Nos. 54 and 63) and Plaintiff's motion for default judgment against Defendants is pending before the magistrate judge (Doc. No. 58). Given the status of the case, the Court finds that the currently set dates for a pretrial conference and jury trial are not practical. Thus, the Court will vacate these dates. It will also withhold entry of any new dates until the default judgment proceedings are resolved.

/ / /

/ / /

/ / /

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The dates set for a pretrial conference (August 25, 2021) and a jury trial (November 2, 2021) are VACATED; and

2. Once proceedings on Plaintiff's motion for default judgment conclude, the Court will enter additional orders, as necessary, to address any remaining matters.

IT IS SO ORDERED.

Dated:  August 13, 2021

SENIOR DISTRICT JUDGE