UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DEL CARMEN PARRA PEREZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:19-cv-01224-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 58 & 68) |

　　　On April 30, 2021, Plaintiff Jose Acosta filed a motion for default judgment against Defendants Thu Huynh, Ngoc Tran, and THNBT LLC. Doc. No. 58. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302(c)(19).

　　　On September 1, 2021, the assigned magistrate judge issued findings and recommendations, wherein it was recommended that Acosta's motion be granted in part, with a reduction in the amount of attorney's fees awarded. Doc. No. 68 at 24–25. Those findings and recommendations were served on the parties with instructions that any objections must be filed within fourteen days after service. Id. at 25. No objections have been filed, and the deadline to do so has expired.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 68) that were issued on September 1, 2021, are ADOPTED in full;

2. Acosta's motion for default judgment (Doc. No. 58) is granted as follows:

   a. Judgment is entered in favor of Plaintiff Jose Acosta and against Defendants Thu Huynh, Ngoc Tran, and THNBT LLC;

   b. Defendants Thu Huynh, Ngoc Tran, and THNBT LLC are directed, within six months of the date of entry of this order, to make the real property known as Lesly's Gifts and More, located at 3263 East Ventura Avenue, Fresno, California (the "Facility") accessible to Acosta by making the following modifications to the property such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and California Code of Regulations, Title 24:

      i. Provide a properly configured accessible route of travel from the public sidewalk to the Facility entrance;

      ii. Provide at least one properly configured and identified accessible parking stall with an adjacent access aisle, which shall be centrally located to serve the entrances of all businesses within the shopping center;

      iii. Provide a properly configured accessible route of travel from the designated accessible parking stall to the Facility entrance and entrances to other businesses within the shopping center;

      iv. Provide and maintain the required exterior maneuvering clearances at the Facility entrance such that they are free of excessive slopes and gaps in the walking surface, and otherwise unobstructed;

   c. Acosta is awarded statutory damages under the Unruh Act in the amount of

$4,000.00, payable by Defendants Thu Huynh, Ngoc Tran, and THNBT LLC, jointly and severally;

    d.    Acosta is awarded attorney's fees in the amount of $16,169.50, reflecting an award of $20,169.50 less an offset of $4,000 from the settlement with Defendant Perez, and costs in the amount of $2,611.06, payable by Thu Huynh, Ngoc Tran, and THNBT LLC, jointly and severally, to the Moore Law Firm, P.C. Trust Account (with delivery to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113); and

3.    The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:  September 28, 2021

SENIOR DISTRICT JUDGE